UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARLOS E. JUARBE, JR.,<br><br>             Plaintiff,<br><br>-against-<br><br>CITY OF NEW YORK,<br><br>             Defendant. | No. 22-cv-5413 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    The Initial Pretrial conference is adjourned to Thursday, September 29, 2022, at 11:30 am. The dial-in for the conference is (877) 402-9753, access code 6545179.

**SO ORDERED.**

Dated:    September 23, 2022
          New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge

1