### FRIEDMAN, JAMES & BUCHSBAUM LLP

ATTORNEYS AT LAW
15 MAIDEN LANE
SUITE 1202
NEW YORK, NY 10038

(212) 233-9385
FAX (212) 619-2340
www.friedmanjames.com

BERNARD D. FRIEDMAN                                                             NEW JERSEY OFFICE
JOHN P. JAMES                                                                  21 KILMER DRIVE, SUITE G
ANDREW V. BUCHSBAUM                                            MORGANVILLE, NJ 07751

September 25, 2022

**<u>VIA ECF</u>**

The Honorable Loretta A. Preska
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 2220
New York, NY  10007

        Re:    Carlos E. Juarbe, Jr. v. City of New York
                    22 cv-5413 (LAP)

Dear Judge Preska:

     I represent plaintiff in the above-entitled matter.  I received notification the initial pretrial conference scheduled for September 28, 2022 at 10:00 a.m. has been adjourned by the Court to September 29th at 11:30 a.m.  I have a previously scheduled matter for September 29, 2022 at 11:30 a.m.  Accordingly, it is respectfully requested the conference be adjourned to any time after 2:30 p.m. on September 29, 2022 or to another date convenient for the Court.

     There have been no previous requests made to adjourn the initial pretrial conference.  Michael Finkelstein, Esq., attorney for the defendant, consents to this request for an adjournment.

     I thank the Court for its kind consideration.

```
The initial pretrial conference is
adjourned to Monday, October 3, 2022 at
3:00 p.m.  The dial-in for the conference
is (877) 402-9753, access code 6545179.
SO ORDERED.
Dated:     September 26, 2022
           New York, New York
```

Respectfully,

FRIEDMAN, JAMES & BUCHSBAUM LLP

*/S/Bernard D. Friedman*

Bernard D. Friedman

BDF:kk

cc:    Michael Finkelstein, Esq.
        New York City Law Department

*Loretta A. Preska*
```
LORETTA A. PRESKA
Senior United States District Judge
```