UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Carlos E. Juarbe, Jr.,<br><br>        Plaintiff,<br><br>-against-<br><br>City of New York,<br><br>        Defendant. | No. 22-CV-5413 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of the parties' letter dated December 8, 2022.  (Dkt. no. 17.)  The Clerk of the Court shall mark this action settled, subject to reopening within sixty days if the settlement is not effected, and all pending motions denied as moot.

**SO ORDERED.**

Dated:    December 9, 2022
           New York, New York

                                        *Loretta A. Preska*
                                        _____
                                        LORETTA A. PRESKA
                                        Senior United States District Judge